The People of the State of Illinois for use of Mary Bothman et al., Appellees, v. Title Guaranty & Surety Company and James W. Brown. Title Guaranty & Surety Company, Appellant.

(Not to be reported in full.)

Appeal from the Circuit Court of Jackson county; the Hon. CHARLES H. MILLER, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed June 18, 1917. *Certiorari* denied by Supreme Court (making opinion final).

## Statement of the Case.

Action by the People of the State of Illinois, for the use of Mary Bothman and others, plaintiffs, against James W. Brown, county clerk of Jackson county, and the Title Guaranty & Surety Company, defendants, on the official bond of said Brown. From a judgment against defendants in the sum of $5,000 debt and $5,000 damages, the Title Guaranty & Surety Company alone appeals.

For the decision on a former appeal, see *People v. Brown,* 194 Ill. App. 246.

DENISON & SPILLER, for appellant.

ISAAC K. LEVY, MARTIN & GLENN and JOHN M. HERBERT, for appellees.

MR. JUSTICE HIGBEE delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 1725*—*when decision on former appeal is controlling.* In an action upon a surety bond, where the question

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

involved was as to whether or not the act of a county clerk in negotiating and selling certain bonds was his official act, and where on a former appeal the sustaining of a demurrer to the declaration was held error, and, on the reinstatement of the case, special pleas were filed which were but a restatement of defendant's contentions in the former case, which were disposed of by the opinion, *held* that general demurrers thereto were properly sustained.